**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-07576 | EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | | | | Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| | | | | | 341(a) Meeting Date: | 08/28/2019 |
| For Period Ending: | 12/31/2022 | | | | Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BPPR Checking Account 4239  Abandoned- Refer to docket #111 | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. BPPR Checking Account 4239  This is the Scheduled account balance at Chapter 11 filing date . No funds found at the banks upon conversion to chapter 7.  Abandoned- Refer to docket #111 | 9,960.00 | 0.00 | OA | 0.00 | FA |
| 3. BPPR Checking Account 6479  This is the Scheduled account balance at Chapter 11 filing date . No funds found at the banks upon conversion to chapter 7.  Abandoned- Refer to docket #111 | 8,663.66 | 0.00 | OA | 0.00 | FA |
| 4. BPPR Checking Account 1771  This is the Scheduled account balance at Chapter 11 filing date . No funds found at the banks upon conversion to chapter 7.  Abandoned- Refer to docket #111 | 1,438.17 | 0.00 | OA | 0.00 | FA |
| 5. Account Receivable  Trustee to continue collection efforts on these balances. Accounts to be collected/administered by Trustee.  4/8/2021 - Discussed staus of accounts receivable with attorney for Debtor. Consider abandonment of these receivables.  Abandoned- Refer to docket #195 | 118,678.32 | 118,678.32 | OA | 0.00 | FA |
| 6. PDMU, Corp  This is the scheduled deposit balance at Chapter 11 filing date . No reference with contracting party that would indicate that this deposit can be recovered.  Abandoned- Refer to docket #111 | 110.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-07576 EAG | Judge: Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | | Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| | | | 341(a) Meeting Date: | 08/28/2019 |
| For Period Ending: | 12/31/2022 | | Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. PRTC<br><br>This is the scheduled deposit balance at Chapter 11 filing date . No reference with contracting party that would indicate that this deposit can be recovered.<br>Abandoned- Refer to docket #111 | 50.00 | 0.00 | OA | 0.00 | FA |
| 8. Inventory<br><br>This is the scheduled trade inventory existing at the premises at Chapter 11 filing date . Upon conversion of this case to Chapter 7, none of this inventory was found. Asset not found, the Trustee intends to prosecute the recovery of the cost of this inventory through a judicial claim.<br>Abandoned- Refer to docket #193 | 9,375.00 | 9,375.00 | OA | 0.00 | FA |
| 9. Offices Furniture<br><br>This is the scheduled office furniture and equipment existing at the premises at Chapter 11 filing date . Upon conversion of this case to Chapter 7, none of these items were found. Asset not found, the Trustee intends to prosecute the recovery of the cost of these assets through a judicial claim.<br>Abandoned- Refer to docket #193 | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| 10. Offices Fixture<br><br>This is the scheduled office furniture and equipment existing at the premises at Chapter 11 filing date . Upon conversion of this case to Chapter 7, none of these items were found. Asset not found, the Trustee intends to prosecute the recovery of the cost of these assets through a judicial claim.<br>Abandoned- Refer to docket #193 | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 11. Offices Equipment<br><br>This is the scheduled office furniture and equipment existing at the premises at Chapter 11 filing date . Upon conversion of this case to Chapter 7, none of these items were found. Asset not found, the Trustee intends to prosecute the recovery of the cost of these assets through a judicial claim.<br>Abandoned- Refer to docket #193 | 2,000.00 | 2,000.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-07576 EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | | | Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| | | | | 341(a) Meeting Date: | 08/28/2019 |
| For Period Ending: | 12/31/2022 | | | Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Paintings | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| This is the scheduled value of paintings and art work existing at the premises at Chapter 11 filing date . Upon conversion of this case to Chapter 7, none of these items were found. Asset not found, the Trustee intends to prosecute the recovery of the cost of these assets through a judicial claim. Abandoned- Refer to docket #193 | | | | | |
| 13. 2 Golf Cars | 7,000.00 | 0.00 | OA | 0.00 | FA |
| This is the scheduled value of two used golf carts stored at the premises at Chapter 11 filing date. Upon conversion of this case to Chapter 7, part of these items were found but in poor and nonworking conditions. The interest in these items is to be abandoned as these are burdensome to the herein estate. On the current conditions there is no value to be realized for the benefit of creditors. Abandoned- Refer to docket #111 | | | | | |
| 14. 2014 Honda CRV | 12,500.00 | 0.00 | OA | 0.00 | FA |
| Vehicle fully encumbered to a secured creditor. Abandon as burdensome to the estate. Abandoned- Refer to docket #92 | | | | | |
| 15. Air Compressors | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-07576 EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | | | Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| | | | | 341(a) Meeting Date: | 08/28/2019 |
| For Period Ending: | 12/31/2022 | | | Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. 16 ft. Carolina Skiff<br><br>This is the scheduled value of a small center console boat stored at the premises at Chapter 11 filing date. Upon conversion of this case to Chapter 7 and the Trustee's inspection this was found but in poor and nonworking conditions.<br><br>The interest in this boat is to be abandoned as burdensome to the herein estate. On the boat's current conditions and considering the expenses required to dispose the boat, there is no value to be realized for the benefit of creditors. Abandoned- Refer to docket #111 | 12,000.00 | 0.00 | OA | 0.00 | FA |
| 17. 1968 Haitteras 50"<br><br>This is the scheduled value of a boat stored at the premises at Chapter 11 filing date. Upon conversion of this case to Chapter 7 and the Trustee's inspection this was found but in poor and nonworking conditions.<br><br>The interest in this boat is to be abandoned as burdensome to the herein estate. On the boat's current conditions and considering the expenses required to dispose the boat, there is no value to be realized for the benefit of creditors. Abandoned- Refer to docket #111 | 15,000.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-07576 | EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | | | | Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| | | | | | 341(a) Meeting Date: | 08/28/2019 |
| For Period Ending: | 12/31/2022 | | | | Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 1985 Chris Carft 32" <br><br> This is the scheduled value of a boat stored at the premises at Chapter 11 filing date. Upon conversion of this case to Chapter 7 and the Trustee's inspection this was found but in poor and nonworking conditions. <br><br> The interest in this boat is to be abandoned as burdensome to the herein estate. On the boat's current conditions and considering the expenses required to dispose the boat, there is no value to be realized for the benefit of creditors. Abandoned- Refer to docket #111 | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 19. Marine Travel Lift <br><br> This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is in use by the successor business operator. The Trustee intends to prosecute the recovery of the benefits generated since filing date and the cost of this asset through a judicial claim. Abandoned- Refer to docket #193 | 400,000.00 | 57,077.55 | OA | 0.00 | FA |
| 20. Fuel Tanks <br><br> This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | 30,000.00 | 30,000.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 18-07576  EAG | Judge: Edward A. Godoy |
| Case Name: | VARADERO A PALMAS INC | |
| For Period Ending: | 12/31/2022 | |

| | |
|---|---|
| Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| 341(a) Meeting Date: | 08/28/2019 |
| Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Dry Stack Structure | 80,000.00 | 80,000.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |
| 22. Fork Lift | 100,000.00 | 50,000.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |
| 23. Broad crown/110K power generator | 75,000.00 | 25,000.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |
| 24. Tools | 45,000.00 | 45,000.00 | OA | 0.00 | FA |
| This is the scheduled value of tools and other machinery and equipment existing at the premises at Chapter 11 filing date . Upon conversion of this case to Chapter 7, the trustee is unable to identify which in fact were lost and which remain in use by the current business operator. The Trustee intends to prosecute the recovery of the cost of these assets through a judicial claim. Abandoned- Refer to docket #193 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-07576 EAG | Judge: | Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | | | Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| | | | | 341(a) Meeting Date: | 08/28/2019 |
| For Period Ending: | 12/31/2022 | | | Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  14 Boat beds | 42,000.00 | 42,000.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |
| 26.  Stands and wooden blocks | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |
| 27.  6 security cameras | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |
| 28.  Air Conditioner | 900.00 | 900.00 | OA | 0.00 | FA |
| This is the scheduled value of certain equipment existing at the premises at the Chapter 11 filing date. To the best of the Trustee's knowledge, this equipment is installed and in use by the successor operator. The Trustee intends to prosecute the recovery of the benefits generated on this equipment since filing date and the value through a judicial claim. Abandoned- Refer to docket #193 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-07576 EAG | Judge: Edward A. Godoy | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | | Date Filed (f) or Converted (c): | 07/25/2019 (c) |
| | | | 341(a) Meeting Date: | 08/28/2019 |
| For Period Ending: | 12/31/2022 | | Claims Bar Date: | 11/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. Insurance claim to Integrand (Hurricane Maria)  Funds consigned in State Court. Trustee to pursue the recovery of these funds inasmuch on Debtor's testimony, this funds entail the refunds of funds expended by the Debtor uppon passge of the two storms. | 110,882.76 | 110,882.76 | | 110,883.22 | FA |
| 30. Cash | 238.82 | 238.82 | | 0.00 | FA |
| 31. Proceeds from sale bending machines (u) | 0.00 | 238.09 | | 238.09 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,124,296.73  $599,890.54  $111,121.31  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DECEMBER 31, 2022
Case Ready for Closing. All assets administered and claims reviewed.

DECEMBER 31, 2021
All assets seem to be liquidated.
Claims filed preliminary reviewed; objection will be filed no later than March 15, 2022.

DECEMBER 31, 2020
The case was converted from Ch-11 to a Ch-7. Already pending an adversary with disputes on certain business arrangement which could dispute whether some property was from the estate or not.

To this date a stipulation was filed with two key creditors of the estate. resolving disputes of ownership and abandonment. The estate gained ownership of funds consigned in State Court of $109,435.00.

Motions have already been filed to State Court for withdrawal. Pending approval and disbursement.

DECEMBER 31, 2019
Asset #92 Abandoned on Docket #92

Assets #1, #2, #3, #4, #5, #6, #7, #12, #16, #17 and #18- Abandoned on Docket #111

Initial Projected Date of Final Report (TFR): 12/31/2021     Current Projected Date of Final Report (TFR): 02/28/2023

Trustee Signature:     /s/ WIGBERTO LUGO-MENDER, TRUSTEE     Date: 01/30/2023

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787)707-0404
wlugo@ecf.epiqsystems.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-07576 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|
| Case Name: | VARADERO A PALMAS INC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0655 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8916 | Blanket Bond (per case limit): | $9,211,680.00 |
| For Period Ending: | 12/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/21 | 31 | Coca Cola | Proceeds from sale vending machines | 1290-000 | $126.90 | | $126.90 |
| 07/27/21 | 31 | Coca Cola | Proceeds from sale vending machines | 1290-000 | $111.19 | | $238.09 |
| 08/30/21 | 29 | Secretario Tribunal Superior-Sala Humacao | Collection of funds consigned at Humacao State Court-Hurricane Maria insurance claim refund | 1149-000 | $109,435.00 | | $109,673.09 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.06 | $109,665.03 |
| 09/21/21 | 2001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium As per Order entered on 9/21/2021 [Refer to dockets #197 and #198] | 2300-000 | | $218.09 | $109,446.94 |
| 11/01/21 | 2002 | LUGO MENDER GROUP, LLC Centro Internacional de Mercadeo 100 Carr. 165 Torre I Suite 501 Guaynabo, PR 00968 | As per Court Order entered on November 1, 2021 [Attorney for the Estate] Refer to dockets #200 and #203 | | | $8,066.72 | $101,380.22 |
| | | | As per Court Order entered on November 1, 2021 [Attorney for the Estate] ($101.72) | 3220-000 | | | |
| | | | ($7,965.00) | 3110-000 | | | |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.93 | $101,268.29 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.82 | $101,156.47 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.88 | $101,055.59 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.58 | $100,944.01 |

Page Subtotals: $109,673.09 $8,729.08

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-07576 | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | VARADERO A PALMAS INC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0655 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8916 | Blanket Bond (per case limit): | $9,211,680.00 |
| For Period Ending: | 12/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/22/22 | 2003 | WIGBERTO LUGO-MENDER 100 CARR 165 STE 501 GUAYNABO, PR 00968-8052 | As per Court Order entered on April 22, 2020 {Reimbursed expenses] Refer to dockets #212 and #214 | 2200-000 | | $108.86 | $100,835.15 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.83 | $100,727.32 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.22 | $100,616.10 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.51 | $100,508.59 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.97 | $100,397.62 |
| 10/07/22 | 2004 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium [Bond #016052125] Term 10/1/2022 to 10/01/2023 As per Order entered on 10/11/2022 [Refer to dockets #218 and #219] | 2300-000 | | $219.96 | $100,177.66 |
| 12/09/22 | 29 | Secretaria del Tribunal -FEOF | Interest earned on funds consigned at Humacao State Court- Hurricane Maria insurance claim refund | 1149-000 | $1,448.22 | | $101,625.88 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $111,121.31 | $9,495.43 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $111,121.31 | $9,495.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $111,121.31 | $9,495.43 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $1,448.22 | $766.35 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0655 - Checking | $111,121.31 | $9,495.43 | $101,625.88 |
|  | $111,121.31 | $9,495.43 | $101,625.88 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $111,121.31 |
| Total Gross Receipts: | $111,121.31 |

Trustee Signature:   /s/ WIGBERTO LUGO-MENDER, TRUSTEE     Date: 01/30/2023

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787)707-0404
wlugo@ecf.epiqsystems.com

Page Subtotals:                                                $0.00          $0.00